**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

February 3, 2025

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:* *Argentine Republic v. Petersen Energía Inversora, S.A.U.*, No. 23-7370(L), 23-7463(XAP), 23-7614(XAP); *Argentine Republic v. Eton Park Capital Management, L.P.*, No. 23-7376(L), 23-7471(XAP), 23-7667(XAP)

Dear Ms. Wolfe:

I am counsel to defendant-cross-appellee and conditional cross-cross-appellant YPF S.A. in the above matters. By this letter, I am writing to update the Court about limitations on my availability for oral argument. I am unavailable for oral argument on the following dates:

> February 12–14, 19–21, 24–28
> March 5, 7, 10–14, 17–21, 24–28, 31
> April 16–18, 22–23, 25
> May 8–9, 14–16, 21–23, 26–30
> June 2–6, 9–13, 16–20
> July 16–17

Respectfully,

*s/ Mark P. Goodman*
Mark P. Goodman
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
212-909-6000
mpgoodman@debevoise.com

cc:    Counsel of Record (via ECF)