# 23-7370(L)
## 23-7463(XAP), 23-7614(XAP)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

———————————

PETERSEN ENERGIA INVERSORA, S.A.U., PETERSEN ENERGIA S.A.U.,

    *Plaintiffs-Appellees-Cross-Appellants*,

v.

ARGENTINE REPUBLIC,

    *Defendant-Appellant-Cross-Appellee*,

YPF S.A.,

    *Defendant-Conditional Cross-Appellant.*

———————————

On Appeal from the United States District Court for the
Southern District of New York, No. 15-cv-2739

———————————

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

———————————

| | |
|---|---|
| MARK C. HANSEN | PAUL D. CLEMENT |
| DEREK T. HO |  *Counsel of Record* |
| ANDREW E. GOLDSMITH | C. HARKER RHODES IV |
| KELLOGG, HANSEN, TODD, | CLEMENT & MURPHY, PLLC |
| FIGEL, & FREDERICK, P.L.L.C. | 706 Duke Street |
| 1615 M Street, N.W., Suite 400 | Alexandria, VA 22314 |
| Washington, DC 20036 | (202) 742-8900 |
| | paul.clement@clementmurphy.com |

*Counsel for Plaintiffs-Appellees-Cross-Appellants*

July 28, 2025

Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), Plaintiffs-Appellees-Cross-Appellants Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. submit the following supplemental corporate disclosure statement. Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. are non-governmental entities that have no parent corporations. No public corporation owns 10% or more of the stock of either Eton Park Capital Management, L.P. or Eton Park Fund, L.P. Eton Park Master Fund, Ltd. is in liquidation; Burford Capital Limited, a public corporation, indirectly acts as its liquidator and owns more than 10% of its stock.

Respectfully submitted,

MARK C. HANSEN
DEREK T. HO
ANDREW E. GOLDSMITH
KELLOGG, HANSEN, TODD,
FIGEL, & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036

s/Paul D. Clement
PAUL D. CLEMENT
 *Counsel of Record*
C. HARKER RHODES IV
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Plaintiffs-Appellees-Cross-Appellants*

July 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2025, an electronic copy of the foregoing supplemental corporate disclosure statement was filed with the Clerk of Court using the ACMS system and thereby served upon all counsel appearing in this case.

s/Paul D. Clement
Paul D. Clement
