## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Petersen Energia Inversora, S.A.U. v. Argentine Republic    **Docket No.:** 23-7370 (L)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Samuel Dolinger, Assistant United States Attorney

**Firm:** United States Attorney's Office for the Southern District of New York

**Address:** 86 Chambers Street, 3rd Floor, New York, New York 10007

**Telephone:** (212) 637-2677    **Fax:** (212) 637-0033

**E-mail:** samuel.dolinger@usdoj.gov

**Appearance for:** the United States of America as amicus curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Defendant-appellant-cross-appellee Argentine Republic)
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 9/24/2025    OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ Samuel Dolinger

**Type or Print Name:** Samuel Dolinger