## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Argentine Republic v. Petersen Energia Inversora  **Docket No.:** 23-7370

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Benjamin H. Torrance

Firm: United States Attorney's Office, S.D.N.Y.

Address: 86 Chambers Street, Third Floor, New York, NY 10007

Telephone: 212-637-2703    Fax: 212-637-2702

E-mail: benjamin.torrance@usdoj.gov

Appearance for: United States, amicus curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Samuel Dolinger )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on Jan. 3, 2025   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Benjamin H. Torrance

Type or Print Name: Benjamin H. Torrance