# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand and twenty-six.

Before:

José A. Cabranes,
Denny Chin,
Beth Robinson,
    *Circuit Judges.*

_____

Petersen Energia Inversora S.A.U., Petersen Energia S.A.U.,

    *Plaintiffs-Appellees-Cross-Appellants*,    **ORDER**

        v.        Nos. 23-7370 (L), 23-7463 (XAP),
        23-7614 (XAP)

Argentine Republic,

    *Defendant-Appellant-Cross-Appellee,*

YPF S.A.,

    *Defendant-Conditional Cross-Appellant*.

_____

Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., Eton Park Fund, L.P.,

    *Plaintiffs-Appellees-Cross-Appellants*,    **ORDER**

        v.        Nos. 23-7376 (L), 23-7471 (XAP),
        23-7667 (XAP)

Argentine Republic,

       *Defendant-Appellant-Cross-Appellee,*

YPF S.A.,

       *Defendant-Conditional Cross-Appellant*.

 

On March 27, 2026, this Court issued an opinion that, among other things, reversed the district court's judgments for Plaintiffs-Appellees against the Argentine Republic and remanded to the district court.

IT IS HEREBY ORDERED, in light of that decision, that the pending motion to stay post-judgment discovery in the district court is DENIED as moot.

       FOR THE COURT:
       Catherine O'Hagan Wolfe, Clerk of Court

2