# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of April, two thousand twenty-six,

Before:  Beth Robinson,
  *Circuit Judge,*

_____

Petersen Energia Inversora S.A.U.,
Petersen Energia S.A.U.,

    Plaintiffs - Appellees-Cross-Appellants,

  v.

Argentine Republic,

    Defendant - Appellant-Cross-Appellee,

YPF S.A.,

    Defendant-Conditional Cross-Appellant.

_____
_____

Eton Park Capital Management, L.P.,
Eton Park Master Fund, Ltd., Eton Park Fund, L.P.,

    Plaintiffs - Appellees-Cross-Appellants,

  v.

Argentine Republic,

    Defendant - Appellant-Cross-Appellee,

YPF S.A.,

    Defendant-Conditional Cross-Appellant.

_____

**ORDER**

Docket Nos. 23-7370 (L), 23-7614 (XAP),
23-7463 (XAP)

Docket Nos. 23-7376(L), 23-7471 (XAP),
23-7667 (XAP)

Appellees-Cross-Appellants move for an extension of time to May 8, 2026, to file a petition for rehearing or rehearing en banc.

IT IS HEREBY ORDERED that the motion is GRANTED.


For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court