# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Argentine Republic v. Petersen Energia Inversora, S.A.U. | USCA DOCKET NUMBER:<br>23-7370 | COUNSEL'S NAME:<br>Robert J. Giuffra, Jr. |
| | DISTRICT/AGENCY:<br>Southern District of New York | COUNSEL'S ADDRESS:<br>125 Broad Street,<br>New York, NY 10004 |
| | DISTRICT/AGENCY NUMBER:<br>1:15-CV-02739 | DATE:<br>April 10, 2026 |

Counsel for

Argentine Republic, Defendant-Appellant

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the

Petersen Energia Inversora S.A.U., Plaintiffs-Appellees

and in favor of

Argentine Republic, Defendant-Appellant

for insertion in the mandate.

Docketing Fee — $505.00

Costs of printing appendix (necessary copies 24* ) — $7,097.80

Costs of printing brief (necessary copies 12** ) — $533.20

Costs of printing reply brief (necessary copies 12*** ) — $557.20

**(VERIFICATION HERE)**

Karen Bowden
Notary Public, State of New York
N# 01BO0030513
Qualified in New York County
Commission Expires November 01, 2028

Signature

Rev. April, 2011

* Six copies were required for each filing: Defendant-Appellant's (i) Special Appendix (filed on Feb. 22, 2024, cured defective filing on Feb. 23, 2024), (ii) Deferred Appendix (filed on Aug. 26, 2024), and (iii) Supplemental Appendix, including the sealed appendix (filed on Sept. 10, 2024).
** Six copies were required for each filing: Defendant-Appellant's (i) Page Proof Brief (filed on Feb. 22, 2024, cured defective filing on Feb. 23, 2024) and (ii) Final Form Opening Brief (filed on Sept. 6, 2024).
*** Six copies were required for each filing: Defendant-Appellant's Page Proof Reply Brief (filed on June 24, 2024) and (ii) Final Form Reply Brief (filed on Sept. 6, 2024).

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Tuesday, October 10, 2023 7:06 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | [EXTERNAL] Activity in Case 1:15-cv-02739-LAP Petersen Energia Inversora, S.A.U. et al v. Argentine Republic et al Notice of Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Giuffra, Robert on 10/10/2023 at 7:05 PM EDT and filed on 10/10/2023

**Case Name:** Petersen Energia Inversora, S.A.U. et al v. Argentine Republic et al
**Case Number:** 1:15-cv-02739-LAP
**Filer:** Argentine Republic
**WARNING: CASE CLOSED on 09/15/2023**
**Document Number:** 504

**Docket Text:**
**NOTICE OF APPEAL from [450] Order on Motion for Reconsideration, Order on Motion for Oral Argument,,,,,,,,, [498] Judgment,,,,,,,,, [161] Memorandum & Opinion,, [493] Findings of Fact & Conclusions of Law,,, [437] Memorandum & Opinion,,,,,,,,,,, [63] Memorandum & Opinion,,. Document filed by Argentine Republic. Filing fee $ 505.00, receipt number ANYSDC-28405485. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Giuffra, Robert)**

**1:15-cv-02739-LAP Notice has been electronically mailed to:**

Adam Rhys Brebner     brebnera@sullcrom.com, adam-brebner-9134@ecf.pacerpro.com, s&cmanagingclerk@sullcrom.com

Amanda Flug Davidoff     davidoffa@sullcrom.com, amanda-davidoff-7764@ecf.pacerpro.com, s&cmanagingclerk@sullcrom.com

Andrew Edward Goldsmith     agoldsmith@kellogghansen.com, ecf-2ff5a29c9f5d@ecf.pacerpro.com, hshin@kellogghansen.com, mswank@kellogghansen.com

C. Harker Rhodes , IV     harker.rhodes@clementmurphy.com

1

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, October 10, 2023 7:05 PM |
| **To:** | Giuffra Jr., Robert J. |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 4370014
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $505.00
Tracking Id: ANYSDC-28405485
Approval Code: 152514
Card Number: ************7009
Date/Time: 10/10/2023 07:04:31 ET

NOTE: This is an automated message. Please do not reply

==================================================================
**This is an external message from: do_not_reply@psc.uscourts.gov **

1

**Counsel Press Inc.**
**PO Box 25292**
**New York, NY 10087**

## BILL OF COSTS

| | |
|---|---|
| **CLIENT:** | Sullivan & Cromwell LLP<br>125 Broad Street<br>New York NY 10004-2498 |
| **ATTN:** | Arturo C. Schultz |
| **RE:** | Petersen v Argentine Republic |
| **INVOICES:** | |
| **COURT:** | USCOA - 2ND |

| ITEMS: | Copies | | Units | | | Costs | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **INVOICE 118986** | | | | | | | | | |
| **SUPPLEMENTAL APPENDIX** | | | | | | | | | |
| Client Cover(s) | 8 | x | 1 | | @ | $ | 125.00 | $ | 125.00 |
| Reproduction | 8 | x | 17 | | @ | $ | 0.4471 | $ | 60.80 |
| Binding | 8 | x | | | @ | $ | 5.0000 | $ | 40.00 |
| | | | | | | | | | |
| **SEALED APPENDIX** | | | | | | | | | |
| Client Cover(s) | 9 | x | 1 | | @ | | $125.00 | $ | 125.00 |
| Reproduction | 9 | x | 4 | | @ | | 0.7166 | $ | 25.80 |
| Binding | 9 | x | | | @ | $ | 5.00 | $ | 45.00 |
| | | | | | | | | | |
| **Deferred Appendix** | | | | | | | | | |
| Client Covers | 6 | x | 1 | | @ | $ | 125.00 | $ | 125.00 |
| Reproduction | 6 | x | 4285 | | @ | | .3000 | $ | 7,713.600 |
| Additional Volume Covers | 1 | x | 21 | | @ | $ | 100.00 | $ | 2,100.00 |
| Binding | 6 | x | 22 Volumes | | @ | $ | 5.00 | $ | 660.00 |
| | | | | | | | | | |
| **Deferred Appendix** | | | | | | | | | |
| **Vol 23 Filed Under Seal** | | | | | | | | | |
| Client Covers | 7 | x | 1 | | @ | $ | 125.00 | $ | 125.00 |
| Reproduction | 7 | x | 30 | | @ | | 0.7047 | $ | 148.00 |
| Binding | 7 | x | | | @ | | $5.00 | $ | 35.00 |
| | | | | | | | | | |
| **APPELLANTS REPLY FINAL** | | | | | | | | | |
| Client Cover(s) | 9 | x | 1 | | @ | $ | 125.00 | $ | 125.00 |
| Reproduction | 9 | x | 103 | | @ | | 0.4859 | $ | 450.50 |
| Binding | 9 | | | | @ | | $5.00 | $ | 45.00 |
| | | | | | | | | | |
| **APPELLANT'S BRIEF- FINAL** | | | | | | | | | |
| Client Cover(s) | 9 | x | 1 | | @ | $ | 125.00 | $ | 125.00 |
| Reproduction | 9 | x | 93 | | @ | | 0.5059 | $ | 423.50 |
| Binding | 9 | x | | | @ | $ | 5.00 | $ | 45.00 |
| | | | | | | | | | |
| Paralegal Time | | | 3 | | @ | $ | 165.00 | $ | 495.00 |
| Court Filing | | | 2 | | @ | $ | 95.00 | $ | 190.00 |
| Shipping | | | | | @ | $ | 73.70 | $ | 73.70 |
| | | | | | | | | | |
| 10% Discount | | | | | | | | $ | (1,254.22) |
| | | | **Sub-Total** | | | | | $ | 12,046.68 |
| | | | **Applicable Sales Tax** | | | | | $ | 1,065.92 |
| | | | **Total** | | | | | $ | 13,112.60 |
| | | | | | | | | | |
| **Invoice 117166** | | | | | | | | | |
| **Appendix** | | | | | | | | | |
| Client Cover(s) | 9 | x | 1 | | @ | $ | 125.00 | $ | 125.00 |
| Reproduction | 9 | x | 408 | | @ | | 0.3869 | $ | 1,420.72 |
| Binding | 9 | | | | @ | | $5.00 | $ | 45.00 |
| | | | | | | | | | |
| **APPELLANTS BRIEF** | | | | | | | | $ | - |
| Client Cover(s) | 9 | x | 1 | | @ | $ | 125.00 | $ | 125.00 |
| Reproduction | 9 | x | 93 | | @ | | 0.4355 | $ | 364.50 |
| Binding | 9 | | | | @ | | $5.00 | $ | 45.00 |
| | | | | | | | | | |
| Paralegal Time | | | 0.5 | | @ | $ | 150.00 | $ | 75.00 |
| Court Filing | | | 1 | | @ | $ | 90.00 | $ | 90.00 |
| Shipping | | | 1 | | @ | $ | 43.3700 | $ | 43.37 |
| | | | | | | | | | |
| 10% Discount | | | | | | | | $ | (212.52) |
| | | | **Sub-Total** | | | | | $ | 2,121.07 |
| | | | **Applicable Sales Tax** | | | | | $ | - |
| | | | **Total** | | | | | $ | 2,121.07 |
| | | | **Payment received** | | | | | $ | 2,121.07 |
| | | | **Balance** | | | | | $ | - |
| | | | | | | | | | |
| **Invoice 118338** | | | | | | | | | |
| **Appellant's Reply Brief-** | | | | | | | | | |
| **Page Proof** | | | | | | | | | |
| Client Covers | 9 | x | 1 | | @ | | $125.00 | $ | 125.00 |
| Reproduction | 9 | x | 103 | | @ | | 0.486 | $ | 450.50 |
| Binding | 9 | x | | | @ | | $5.00 | $ | 45.00 |
| | | | | | | | | | |
| Court Filing | | | 1 | | @ | | $95.00 | $ | 95.00 |
| Shipping | | | 1 | | @ | | $29.97 | $ | 29.97 |
| | | | | | | | | | |
| | | | **Sub-Total** | | | | | $ | 745.47 |
| | | | **Applicable Sales Tax** | | | | | $ | - |
| | | | **Total** | | | | | $ | 745.47 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I caused the foregoing Verified Itemized Bill of Costs to be filed with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit through the ACMS system.

I certify that all participants in this case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated:         April 10, 2026

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

*Counsel for Defendant-Appellant the Argentine Republic*
