# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of May, two thousand twenty-six,

Before:     Beth Robinson,
                 *Circuit Judge,*

_____

Petersen Energia Inversora S.A.U.,
Petersen Energia S.A.U.,

     Plaintiffs - Appellees-Cross-Appellants,

v.

Argentine Republic,

     Defendant - Appellant-Cross-Appellee,

YPF S.A.,

     Defendant-Conditional Cross-Appellant.

_____
_____

Eton Park Capital Management, L.P.,
Eton Park Master Fund, Ltd., Eton Park Fund, L.P.,

     Plaintiffs - Appellees-Cross-Appellants,

v.

Argentine Republic,

     Defendant - Appellant-Cross-Appellee,

YPF S.A.,

     Defendant-Conditional Cross-Appellant.

_____

**ORDER**

Docket Nos. 23-7370 (L), 23-7614 (XAP),
23-7463 (XAP)

Docket Nos. 23-7376(L), 23-7471 (XAP),
23-7667 (XAP)

Republican Action for Argentina, Inc. moves for leave to file an amicus brief in support of the Defendants in Docket Nos. 23-7370 and 23-7376.

The Heartland Institute moves for leave to file an amicus brief in support of Plaintiffs' petition for rehearing en banc in Docket No. 23-7370.

IT IS HEREBY ORDERED that the motions are DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court