# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-six.

_____

Argentine Republic,

        Defendant - Appellant-Cross-Appellee,

  v.

Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.,

        Plaintiffs - Appellees-Cross-Appellants,

  v.

YPF S.A.,

        Cross-defendant - Appellant.

_____

**ORDER**

Docket Nos: 23-7370 (Lead)

23-7463 (XAP)

23-7614 (XAP)

Appellee-Cross-Appellants, Petersen Energia Invesora, S.A.U., Petersen Energia S.A.U., filed a petition for rehearing *en banc*. The active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk